Robert R. Pohls (California Bar #131021)
Kenneth M. Perscheid (California Bar #120962)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorneys for Plaintiff **Annette Hoag**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HOAG,<br><br>       Plaintiff,<br><br>vs.<br><br>JM SQUARED ASSOCIATES, INC., et al,<br><br>       Defendants. | Case No. C10-00813 PJH<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, the parties to this case have been communicating about the underlying facts, communicating about the available documentary evidence, and exploring the possibility of resolving this matter informally;

WHEREAS, the parties each wish to defer any further litigation until the possibility of an informal resolution has been more fully explored;

IT IS HEREBY STIPULATED, by and among plaintiff Annette Hoag, defendant JM Squared Associates, Inc., defendant James MacNichols, defendant Martin Vesely, and defendant JM Squared Associates, Inc. Simplified Employee Pension Plan, through their respective attorneys of record, that the Case Management Conference currently scheduled for Thursday, June 10, 2010 be continued to Thursday, July 8, 2010 or such later date as is convenient for the Court, the parties and their counsel.

1  IT IS SO STIPULATED.

                                    **POHLS & ASSOCIATES**

4  Dated: 6/4/2010                  _[signature]_
                                    Robert R. Pohls
                                    Attorney for Plaintiff **Annette Hoag**

7  IT IS SO STIPULATED.

                                    **BOWLES & VERNA**

10 Dated: 6-4-10                    _[signature]_
                                    William T. Nagle
                                    Attorney for Defendants **JM Squared
                                    Associates, Inc., James MacNichols, Martin
                                    Vesely, and JM Squared Associates, Inc.
                                    Simplified Employee Pension Plan**

## ORDER

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Case Management Conference be and hereby is reset for July 8, 2010.

IT IS FURTHER ORDERED that the parties file a Joint Case Management Statement on or before July 1, 2010.

Dated: June 7, 2010

_[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]_