Robert R. Pohls (California Bar #131021)
Kenneth M. Perscheid (California Bar #120962)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Plaintiff **Annette Hoag**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HOAG,<br><br>            Plaintiff,<br><br>     vs.<br><br>JM SQUARED ASSOCIATES, INC., et al,<br><br>            Defendants. | Case No. C10-00813 PJH<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

///

///

///

IT IS HEREBY STIPULATED, by and among plaintiff Annette Hoag, defendant JM Squared Associates, Inc., defendant James MacNichols, defendant Martin Vesely, and defendant JM Squared Associates, Inc. Simplified Employee Pension Plan, through their respective attorneys of record, that this case be dismissed with prejudice, in its entirety and as to all parties.

IT IS FURTHER STIPULATED that each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

**POHLS & ASSOCIATES**

/S/  Robert R. Pohls

_____

**Robert R. Pohls**
Attorney for Plaintiff **Annette Hoag**

IT IS SO STIPULATED.

**BOWLES & VERNA**

/S/ William T. Nagle

_____

**William T. Nagle**
Attorney for Defendants **JM Squared Associates, Inc., James MacNichols, Martin Vesely**, and **JM Squared Associates, Inc. Simplified Employee Pension Plan**

### ORDER

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: __November 3__, 2010

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND ORDER RE
DISMISSAL WITH PREJUDICE                                                   Page 2
Case No.  C10-00813 PJH